FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MAR - 5 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES OF AMERICA

vs.

JUAN MANUEL MUNOZ- LUEVANO

Case No.: SA-15-CR-0024-DAE

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now JOSE R. PUIG, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent JUAN MANUEL MUNOZ- LUEVANO in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) PUIG LAW FIRM with offices at:

   Mailing address: 201 ALHAMBRA CIRCLE. SUITE #1200

   City, State, Zip Code: CORAL GABLES, FL 33134

   Telephone: 305-442-6780    Facsimile: _____

2. Since OCTOBER 7, 1994, Applicant has been and presently is a member of and in good standing with the Bar of the State of FLORIDA.

   Applicant's bar license number is 0029350.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| SOUTHERN DISTRICT OF FLORIDA | 10/16/1998 |
| MIDDLE DISTRICT OF FLORIDA | 04/13/2000 |
| NORTHERN DISTRICT OF FLORIDA | 04/11/2003 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.  I [ ] have [X] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: _____ on the _____ day of _____, _____.

    Number: _____ on the _____ day of _____, _____.

    Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of JOSE R. PUIG to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

JOSE R. PUIG
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5 day of MARCH, 2019.

JOSE R. PUIG
[printed name of Applicant]

[signature of Applicant]