UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA, § § | |
| vs. § | NO: SA:15-CR-00024(1)-DAE |
| § | |
| (1) Juan Manuel Munoz-Luevano, § | |

## ORDER SETTING BOND HEARING

It is hereby ORDERED that the above entitled and numbered case is set for a BOND HEARING before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Thursday, May 23, 2019 at 09:00 AM**.

It is further ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED.

DATED: San Antonio, Texas May 22, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE