UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | §  CRIMINAL NO: |
| vs. | §  SA:15-CR-00024(1)-DAE |
| | § |
| (1) Juan Manuel Munoz-Luevano | § |

ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on **Monday, November 25, 2019 at 09:00 AM**. Sentencing memoranda and motions relevant to the sentencing hearing must be submitted to the Court no later than 7 days prior to the sentencing hearing.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED.

DATED: San Antonio, Texas, May 24, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE