UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | §   CRIMINAL NO: |
| vs. | §   SA:15-CR-00024(1)-DAE |
| | § |
| (1) Juan Manuel Munoz-Luevano | § |

<u>ORDER RESETTING SENTENCING (IN PERSON)</u>

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING (IN PERSON)** in <u>**Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX**</u> on **Thursday, May 09, 2024 at 10:30 AM**.

     IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

     IT IS SO ORDERED.

     DATED: San Antonio, Texas, May 07, 2024.

                                                                              _____
                                                                              DAVID A. EZRA
                                                                              SENIOR U.S. DISTRICT JUDGE